DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MARIA MARTINEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-437-001 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| JOSE MARIA MARTINEZ-GARCIA, | Date : February 27, 2012 |
| | Time: 8:30 A.M. |
| *Defendant.* | Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for February 13, 2012, **may be continued to February 27, 2012, at 8:30 A.M.**

This continuance is requested by defense counsel. The reason for the request is that the Probation Officer has some preliminary, but inconclusive, information regarding a possible prior conviction that may impact sentencing in this matter. Defense counsel would like the opportunity to review this information before making a recommendation to her client as to how to proceed with respect to a proposed, but indeterminate, offer. AUSA Ian Garriques has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: February 8, 2012                  /s/ Ian Garriques
                                            IAN GARRIQUES
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: February 8, 2012                  /s/ Rachel W. Hill
                                            RACHEL W. HILL
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOSE MARIA MARTINEZ-GARCIA

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 9, 2012**                  /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE